**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kanwarjit P. SINGH, a/k/a Dennis
Singh, a/k/a Dennis Dua,
Defendant–Appellant.**

No. 02–6715.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Kanwarjit P. Singh, Appellant Pro Se. John Templeton Morton, Office of The United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kanwarjit P. Singh seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Singh,* Nos. CR–00–310–A; CA–02–60–AM (E.D. Va. filed Apr. 18, 2002; entered Apr. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*